IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEATHER WILT**, | CIVIL ACTION NO. 1:07-CV-1209 |
| Plaintiff | (Judge Conner) |
| v. | |
| **SCOTT LOWERY LAW OFFICE, P.C.,** et al., | |
| Defendants | |

## ORDER

AND NOW, this 24th day of October, 2007, upon consideration of the discovery issues in the above-captioned action,[1] and following a telephone conference with the parties, it is hereby ORDERED that:

1. On or before October 31, 2007, counsel for defendants shall provide a draft confidentiality agreement to counsel for plaintiff.

2. Within ten days of the entry of the anticipated confidentiality agreement:

    a. Defendants shall respond to Interrogatories 2 and 4, limited to the accounts for the twelve month period prior to the filing of the original complaint in state court.

    b. Defendants shall respond to Interrogatory 8 and shall produce a copy of the contract between CACH/CACV and defendant Lowery.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

---

[1] The parties submitted fax correspondence regarding the discovery issues.