IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEATHER WILT**, a/k/a **HEATHER M. KAUFFMAN**, : | CIVIL ACTION NO. 1:07-CV-1209 |
| Plaintiff : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **SCOTT LOWERY LAW OFFICE, P.C.**, et al., : | |
| Defendants : | |

## O R D E R

AND NOW, this 20th day of December, 2007, upon consideration of plaintiff's motion (Doc. 20) to dismiss the claims against defendants P. Scott Lowery, P.C., Scott Lowery Law Office, P.C., P. Scott Lowery, individual, John W. Harker, individual (hereinafter "Lowery Defendants") and CACH, LLC., CACV of Colorado, LLC, and Collect America Corporation, (hereinafter CAC Defendants"), and it appearing that the Lowery Defendants and CAC Defendants concur in this motion, it is hereby ORDERED that:

1. The motion (Doc. 20) to dismiss the claims against the Lowery Defendants and CAC Defendants is GRANTED.

2. The claims against the Lowery Defendants and CAC Defendants are DISMISSED with prejudice.

3. The Lowery Defendants and CAC Defendants are DROPPED as parties to the above-captioned case. See FED. R. CIV. P. 21.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge